# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IAN SORRELL KURIGER<br>(TDCJ No. 2182944),<br><br>v.<br><br>LORIE DAVIS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 3:19-cv-1638-S-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Petitioner Ian Sorrell Kuriger leave to proceed *in forma pauperis* and ORDERS that he pay the $5.00 filing fee within **21 days** of this order. If he does not, the Court will dismiss any order this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

**SO ORDERED.**

SIGNED August 21, 2019.

_____
**UNITED STATES DISTRICT JUDGE**